```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GARNET F. WEAVER,

                           Plaintiff,
                                                    No. 02-CV-1397
              v.                                    (FJS/DRH)

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
_____
```

**APPEARANCES:**                              **OF COUNSEL**

CONBOY, McKAY, BACHMAN &                      LAWRENCE D. HASSELER, ESQ.
  KENDALL, LLP
Attorney for Plaintiff
407 Sherman Street
Watertown, New York   13601-9990

HON. GLENN T. SUDDABY                         WILLIAM H. PEASE, ESQ.
United States Attorney                        Assistant U.S. Attorney
    for the Northern
District of New York
Attorney for Defendant
Post Office Box 7198
900 Federal Building
Syracuse, New York   13261-7198

**FREDERICK J. SCULLIN, JR., C.D.J.:**

**<u>DECISION AND ORDER</u>**

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed December 16, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is

hereby

**ORDERED,** that the decision denying disability benefits to the plaintiff is **REVERSED** and plaintiff's claim is **GRANTED.**

**IT IS SO ORDERED.**

DATED: January 17, 2006
       Syracuse, New York

 

Frederick J. Scullin, Jr.
Chief United States District Court Judge